# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0618

_____

JOHN DAVID SHIREY,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Shonna Y. Gay, Judge.

June 27, 2025

PER CURIAM.

    DISMISSED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Patrick R. Frank of Frank & Rice, P.A., Tallahassee, for Appellant.

No appearance for Appellee.